IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Lura Nelson, | : | |
| Plaintiff | : | Civil Action 2:05-cv-01072 |
| | : | |
| v. | : | Judge Sargus |
| | : | |
| Carolyn Colvin, | : | Magistrate Judge Abel |
| Commissioner of Social Security, | | |
| Defendant | : | |

**ORDER**

Plaintiff Lura Nelson and defendant Commissioner of Social Security's June 11, 2013 joint stipulation for dismissal with prejudice (doc. 13) is GRANTED.

On April 26, 2006, this Court ordered that this case be remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g) so that new and material evidence could be considered. Although the case was closed administratively on the court's docket, the court retained jurisdiction over the action. *See Shalala v. Schaefer*, 509 U.S. 292, 297 (1993). Upon consideration of all additional evidence, the Social Security Administration found in Plaintiff's favor and notified her in February 2007 that she was awarded monthly disability insurance benefits and supplemental security income as of April 2004.

The Clerk of Court is DIRECTED to close this case. This case is DISMISSED with prejudice.

6-13-2013
Edmund A. Sargus, Jr.
United States District Judge